UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT **Chattanooga**

**FILED**
FEB 07 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**Titus Hartford** )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

**Officer James Elliott** )
_____ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

1:22-cv-35
Judges Collier/Lee

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: N/A _____

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Titus Hartford

Present address: 4827 Jersey Pike Apt 209 Chattanooga, TN 37416

Permanent home address: N/A

Address of nearest relative: 1530 Marley Ln. Auburn, AL 36830

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: James Elliott

Official position: Police Officer

Place of employment: Chattanooga Police Department

C. Additional defendants: _____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On April 18th of 2021, I was arrested and jailed for a crime I

3

already paid for. My possessions were stolen, and I was forced to miss two days of work.

I was charged with tresspassing on church property, even though I made sure to stay off of the property, having already been arrested for tresspassing there and pleading guilty to it in 2016 (but being assured the D.A. that the sidewalk surrounding the church was okay to be on. The police report says I was in the church parking lot when officer Elliott arrived, but that is a lie. I was on the sidewalk the whole time.

They were trying to supress an inconvenient observation I was making with a sign that said "The Apostle Paul taught the opposite of what Jesus taught".

The officer said I was crazy to a churchgoer, but I can prove I'm not crazy.

4

V. **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I want my possessions restored (camera, sign) compensation for bail ($300) missed work ($350) unlawful search and seisure ($1000) deprivation of rights under color of law ($2,000 unlawful arrest ($5,000) intentional slander ($5,00 and all the video footage from the subpoena.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 29th day of January, 20 22.

_____
Signature of plaintiff(s)